# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Terrie Sullivan, et al.

                          Plaintiff,

v.                                                            Case No.: 1:21−cv−06084

                                                                          Honorable Elaine E. Bucklo

Liberty Mutual Insurance Company

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 26, 2022:

      MINUTE entry before the Honorable Elaine E. Bucklo: Defendant's motion to strike the class action allegations from plaintiff's complaint [28] is granted. Enter Order. Scheduling Conference is reset for 11/30/2022 at 9:45 a.m. (to track the case only; no appearances will be required). The scheduling order [27] previously entered is stricken. Parties to submit a revised joint Rule 26(f) report by 11/23/2022. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.