**EXHIBIT B**

## Domestic Return Receipt (PS Form 3811)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   *Christopher Clark Alexa*
   *Clark Interior & Exterior*
   *3102 N. Maple Tree Lane*
   *Wadsworth, IL 60083*

   9590 9402 7557 2098 6309 54

2. Article Number (Transfer from service label)

   7021 1970 0000 6208 6928

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ery C-19
☐ Agent
☐ Addressee

B. Received by (Printed Name): C. Alexa
C. Date of Delivery: 9-6-22

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☑ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery
(over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

☑ RETURN RECEIPT REQUESTED

PS Form **3811**, July 2020 PSN 7530-02-000-9053 — Domestic Return Receipt

---

## U.S. Postal Service™ CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee $

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $

Postage $

Total Postage and Fees $ 0430-2106 356

Postmark Here: **AUG 31 2022**

Sent To: CHRISTOPHER CLARK ALEXA - CLARK INTER
Street and Apt. No., or PO Box No.: 3102 N. MAPLE TREE LANE
City, State, ZIP+4®: WADSWORTH, IL 60083

7021 1970 0000 6208 6928

PS Form **3800**, April 2015 PSN 7530-02-000-9047 — See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Christopher Alexa
3102 N. Maple Tree Lane
Wadsworth, IL 60083

9590 9402 7557 2098 6309 47

2. Article Number (Transfer from service label)

7021 1970 0000 6208 6935

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X RP RryC-19
☐ Agent
☐ Addressee

B. Received by (Printed Name) C. Date of Delivery
C Alexa 9-6-22

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
   Mail
   Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery
☒ RETURN RECEIPT REQUESTED

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

Postmark Here
AUG 3 1 2022
0430-2106356

Sent To CHRISTOPHER ALEXA
Street and Apt. No., or PO Box No. 3102 N. MAPLE TREE LANE
City, State, ZIP+4® WADSWORTH IL 60083

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7021 1970 0000 6208 6935