EXHIBIT C

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| TERRIE SULLIVAN and VERONICA RODRIGUEZ, )<br>)<br>) <br>Plaintiffs, )<br>)<br>v. )<br>)<br>LIBERTY MUTUAL INSURANCE COMPANY, )<br>)<br>Defendant. )<br>) | Case No. 1:21-cv-06084 |

## DECLARATION OF JOSEPH A. STEADMAN

Joseph A. Steadman states and affirms the following facts in support of Defendant's Renewed Motion for Order of Court Pursuant to Rule 45(g) to show cause why Christopher Alexa and Clark Interior & Exterior should not be held in contempt for failure to comply with the subpoenas properly issued and served upon them by Defendant Liberty Mutual Personal Insurance Company ("Liberty"):

1. I am over the age of 18 and have personal knowledge of the matters contained in this Declaration. I am an attorney at law licensed to practice in the State of Illinois and before this Court, and one of the attorneys for the Defendant in the above-captioned litigation. If called to testify at any hearing relating hereto, I could competently testify as to the facts contained herein.

2. On August 31, 2022, Liberty, through its counsel at Butler Weihmuller Katz Craig, LLP, issued a Rule 45 subpoena to produce documents from the United States District Court for the Northern District of Illinois to Mr. Christopher Alexa and Clark Interior & Exterior, commanding production of documents on or before October 3, 2022. Ex. A.

Pursuant to Rule 45(b)(1), personal service of the subpoena was properly made upon both entities in Wadsworth, Illinois via United States Postal Service certified mail on August 31, 2022, and via United Parcel Service on September 6, 2022. Ex. B.

3. After service of the subpoenas, I received the UPS receipts signed by Christopher Alexa, and the certified mail receipts, certifying that Alexa and Clark Interior & Exterior received the subpoenas no later than September 6, 2022.

4. After the subpoenas were served, I did not receive any response thereto from either Mr. Alexa or Clark Interior & Exterior.

5. On December 6, 2022, I called Christopher Alexa to ask for the status of his production of documents requested in a subpoena arising from the above-captioned litigation. I was able to reach Mr. Alexa at his business phone number for Clark Interior & Exterior, which for privacy considerations is incompletely identified as follows: (847) 336-****.

6. Upon inquiry, Mr. Alexa confirmed it was he speaking on the phone.

7. I identified myself as counsel for Liberty, and explained that I was calling in regards to his compliance with the subpoenas Liberty Mutual propounded on Mr. Alexa and his business, Clark Interior & Exterior, in the above-captioned litigation.

8. Mr. Alexa was unwilling to discuss his compliance with the subpoenas. Instead, he responded with a series of abusive statements, and started by saying: "I am going to f**k your mother, f**k your wife, and f**k your daughter while you watch and eat maggots."

9. Mr. Alexa called me a "c**ksucker," "motherf**ker," and "scum."

10. Mr. Alexa said he was going to "kick [my] ass" and kill me.

11. During this telephone call, I told Mr. Alexa that Liberty would file a motion seeking compliance with the subpoenas.

12. Mr. Alexa added more insults, then he hung up the phone.

13. Mr. Alexa, individually and on behalf of Clark Interior & Exterior, has yet to respond to the subpoenas.

14. In connection with its efforts to obtain compliance with the subpoenas issued to Mr. Alexa and Clark Interior & Exterior, Liberty has incurred the following costs and fees:

Attorneys' Fees Related to Efforts to Obtain Compliance:   **$4,647.00**

15. I declare under penalty of perjury that the foregoing is true and correct. Executed on February 13, 2023.

/s/ Joseph A. Steadman
Joseph A. Steadman
jsteadman@butler.legal
115 S. LaSalle Street, Suite 3200
Chicago, Illinois 60603
(312) 462-9200
*Attorney for Liberty Mutual*